UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6197-CIV-ZLOCH

MAGISTRATE JUDGE SELTZER

BRUCE BOXBY,

    Plaintiff,

vs.

SUN LIFE OF CANADA, SUN LIFE OF
CANADA REINSURANCE COMPANY,
SUN LIFE ASSURANCE COMPANY OF
CANADA and SUN LIFE OF CANADA
(U.S.) DISTRIBUTORS, INC.,

    Defendant.
_____/

## MOTION FOR ENLARGEMENT OF TIME

The Defendants, through their counsel, move for an enlargement of time within which to respond to Plaintiff's Complaint and as grounds therefore states as follows:

1. This is an action brought by the Plaintiff against the Defendants seeking benefits under a policy of disability insurance.

2. Defendant's response to the Complaint is due on or before February 21, 2000.

3. Defendant has not had a sufficient opportunity to copy and transmit the file for undersigned counsel to review and prepare a response.

4. For the foregoing reason, Defendants respectfully request a fifteen day enlargement of time within which to respond to the Complaint, up to and including March 7, 2000.

- 1 -

- 2 -

5. This motion is not being advanced for purposes of harassment or delay, but is set forth in good faith to enable the Defendants to respond to the allegations of the Complaint.

6. Plaintiff's counsel has been contacted regarding the requested enlargement of time and has no objection to Defendants' request.

WHEREFORE, Defendants respectfully requests that this Court grant it an enlargement of time up through and including March 7, 2000.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via U.S. Mail on February 15, 2000, to: SPENCER A. EMISON, ESQ., Attorney for Plaintiff, 1999 S.W. 27th Ave., Miami, Florida 33145.

MARK D. GREENBERG, ESQ.
Florida Bar No. 283959
Greenberg & Lagomasino, P.A.
799 Brickell Plaza, #700
Miami, Florida 33131
Tel. No. (305) 379-6600
Fax No. (305) 379-6612
Attorneys for Defendant

D:\ddrive\3431\Pleadings\Motion for Enlargement of Time.wpd

- 2 -