```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 00-6197-CIV-ZLOCH
BRUCE BOXBY,

        Plaintiff,

vs.                                          O R D E R

SUN LIFE OF CANADA, SUN LIFE OF
CANADA REINSURANCE COMPANY,
SUN LIFE ASSURANCE COMPANY OF
CANADA and SUN LIFE OF CANADA
(U.S.) DISTRIBUTORS, INC.,

        Defendants.
_____/
```



THIS MATTER is before the Court upon the Defendants' Motion For Enlargement Of Time, bearing file stamp of the Clerk of this Court dated February 16, 2000. The Court has carefully reviewed said Motion and after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendants' aforementioned Motion For Enlargement Of Time be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of February, 2000.

                                    _____
                                    WILLIAM J. ZLOCH
                                    United States District Judge

Copies furnished:

Spencer A. Emison, Esq.
Mark D. Greenberg, Esq.