UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRUCE ROXBY,

    Plaintiff,

vs.

SUN LIFE OF CANADA, etc.

    Defendant.
_____/

CASE NO: 00-6197-CIV-ZLOCH
MAGISTRATE JUDGE SELTZER

### NOTICE OF PARTIES' CONSENT TO APPOINTMENT OF MEDIATOR

The Plaintiff, BRUCE ROXBY, and the Defendant, SUN LIFE ASSURANCE COMPANY OF CANADA, through their counsel, file this Notice of Consent to Appointment of Mediator. Based on the agreement of counsel, the parties have consented to designate Maxine Schindler, Esq., Mediation, Inc., NationsBank Tower, 18th floor, Ft. Lauderdale, Florida 33394. Tel. (954) 764-1000, as the mediator in this cause. This notice is submitted to the Court on behalf of both parties with the express consent of Plaintiff's counsel.

MARK D. GREENBERG, ESQ.
Florida Bar No. 283959
Greenberg & Lagomasino, P.A.
Attorneys for Defendant
799 Brickell Plaza - Suite 700
Miami, FL 33131
Tel. (305) 379-6600
Fax (305) 379-6612

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed to SPENCER A. EMISON, ESQ., Attorney for Plaintiff, 1999 S.W. 27 Avenue, Miami FL 33145 and Maxine Schindler, Esq., Mediation, Inc., NationsBank Tower, 18th floor, Ft. Lauderdale, Florida 33394 on March 30, 2000.

MARK D. GREENBERG, ESQ.

D:\ddrive-3431\Pleadings\Not Consent to Mediator.wpd