UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6197-CIV-ZLOCH
Magistrate Judge: SELTZER

BRUCE ROXBY,

       Plaintiff,

vs.

SUN LIFE OF CANADA, etc.,

       Defendants.
_____/

## SCHEDULING REPORT

The Plaintiff, BRUCE ROXBY and the Defendant, SUN LIFE ASSURANCE COMPANY OF CANADA, through their counsel, file this scheduling report in accordance with Local Rule 16.1(b)(7) and state as follows:

(a).  **SCHEDULED DISCOVERY:**

    1.  <u>Documents</u>.

        Currently available documents as described in S.D.Fla.L.R. 16.1(b)(4) are in the process of being copied. To the extent that documents are in the possession and control of presently known non-parties, subpoenas and notice to produce shall be served within 90 days.

    2.  <u>Interrogatories, Request for Production, Request for Admissions</u>

        After the exchange of documents, counsel will evaluate the need for formal Requests for Production, Interrogatories and Requests for Admissions which can be served by either party 15 days after the Scheduling Order.

    3.  <u>Depositions</u>

        Depositions presently contemplated by the parties shall be taken within 269 days after the Scheduling Order.



(b) **LIKELIHOOD OF SETTLEMENT**:

The parties have discussed the possibility of settlement and will keep the lines of communication open regarding this possibility.

(c) **LIKELIHOOD OF APPEARANCE OF ADDITIONAL PARTIES**:

Additional parties are not expected.

(d). **PROPOSED LIMITS**:

    i) <u>Joinder/Amendment of Pleadings</u>:

    Any amended pleadings shall be filed within 120 days.

    ii) <u>Pretrial motions to be filed and heard</u>:

    Pretrial motions are to be filed by December 19, 2000 with the exception of motions in limine.

    iii) <u>Discovery completed</u>:

    Discovery is to be completed 15 days prior to the pretrial conference. If no pretrial conference is held, then discovery shall be completed 30 days prior to the calendar call.

(e) **PROPOSALS FOR FORMULATION AND SIMPLIFICATION OF ISSUES**:

None at the present time.

(f) **NECESSITY/DESIRABILITY OF AMENDMENTS TO THE PLEADINGS**:

The parties will endeavor to keep amendments to a minimum.

(g). **POSSIBILITY OF ADMISSIONS OF FACT/DOCUMENTS TO AVOID UNNECESSARY PROOF, STIPULATION, ETC.**:

The parties are discussing the nature and scope of documents likely to be needed to see whether admissions or stipulations can be reached in order to avoid unnecessary proof.

(h) **SUGGESTIONS TO AVOID UNNECESSARY PROOF/CUMULATIVE EVIDENCE**:

not need to be called to establish the foundation necessary to qualify the documents under the business records exception to the hearsay rule.

(i) **SUGGESTIONS ON THE ADVISABILITY OF REFERRING MATTERS TO A MAGISTRATE OR MASTER:**

None at the present time.

(j) **PRELIMINARY ESTIMATE OF TRIAL TIME:**

2 days.

(k) **REQUESTED DAYS FOR PRETRIAL CONFERENCE, FINAL PRETRIAL CONFERENCE AND TRIAL:**

The parties will discuss whether a pretrial conference would be beneficial and if so, request a pretrial conference. The parties anticipate being prepared for trial by February, 2000.

(l) **NO OTHER INFORMATION IS PRESENTLY KNOWN BY THE PARTIES WHICH MAY BE HELPFUL TO THE COURT IN SETTING THE CASE FOR STATUS OR PRETRIAL CONFERENCE.**

DATED this 30th day of March, 2000.

Respectfully submitted,

SPENCER A. EMISON, ESQ.
Fla. Bar No: 0840947
Attorney for Plaintiff
1999 S.W. 27 Avenue
Miami FL  33145
Tel. (305) 860-1901
Fax: (305) 860-1902

MARK D. GREENBERG, ESQ.
Fla. Bar No: 283959
Greenberg & Lagomasino, P.A.
Attorneys for Defendant
799 Brickell Plaza - Suite 700
Miami, FL 33131
Tel. (305) 379-6600
Fax: (305) 379-6612