FILING FEE
PAID  no payment
In Forma
Pauperis
Clarence Maddox, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

BRUCE ROXBY,

    Plaintiff,

v.

SUN LIFE OF CANADA, SUN LIFE OF
CANADA REINSURANCE COMPANY, SUN
LIFE ASSURANCE COMPANY OF CANADA,
and SUN LIFE OF CANADA (U.S.)
DISTRIBUTORS, INC.,

    Defendants.

CASE NO.  00-6197
                CIV-ZLOCH

Magistrate Judge Seltzer

## VERIFIED MOTION TO APPEAR
## *PRO HAC VICE* AS ADDITIONAL COUNSEL

    Comes now the undersigned non-resident attorney, Mark E. Schmidtke, of the law firm Ebenstein & Schmidtke Consultants. and pursuant to S.D. Fla. Loc. R. 4. Special Rules Governing the Admission and Practice of Attorneys, files this Verified Motion to Appear *Pro Hac Vice* as Additional Counsel in the above-captioned matter for the defendants, and states as follows:

    1.    The undersigned is an active member in good standing of the Indiana State Bar Association and is a member in good standing of the Bar of the U. S. District Court for the Northern District of Indiana.

    2.    The undersigned counsel certifies that he has studied the Local Rules for the Southern District of Florida.

    3.    Along with the filing of this Motion, arrangements have been made to appoint Mark D. Greenberg, Esq. as local counsel with whom the Court and opposing counsel may readily

communicate regarding the conduct of the case and upon whom papers may be served. Mr. Greenberg is a member of the Bar for the U. S. District Court for the Southern District of Florida, who maintains an office in this District for the practice of law at 799 Brickell Ave., Suite 700, Miami, Florida 33131.

**WHEREFORE,** the undersigned respectfully requests that this Court issue an Order allowing Mark E. Schmidtke, Esq. to appear *pro hac vice* as additional counsel for the defendants.

Respectfully submitted,

**EBENSTEIN & SCHMIDTKE CONSULTANTS**
Attorneys for Defendants

By: _____
Mark E. Schmidtke
Indiana Bar No.: 1733-45

**EBENSTEIN & SCHMIDTKE CONSULTANTS**
103 E. Lincolnway, P.O. Box 2357
Valparaiso, IN 46384-2357
Ph.: 219-465-7368
Fax: 219-464-1401

**OF COUNSEL:**
**GREENBERG & LAGOMASINO, P.A.**
799 Brickell Plaza, Suite 700
Miami, FL 33131
Ph:  305/379-6600
Fx:  305/372-9600

## CERTIFICATE OF SERVICE

I certify that on April 6th, 2000 a true and complete copy of the foregoing "**VERIFIED MOTION TO APPEAR *PRO HAC VICE* AS ADDITIONAL COUNSEL**" was served on the below-named counsel of record by placing the same in a postage-paid envelopes addressed as follows:

Spencer A. Emison, Esq.
Spender A. Emison, P.A.
1999 S.W. 27th Avenue
Miami, FL 33145

                                          **EBENSTEIN & SCHMIDTKE CONSULTANTS**

                                          By: _____
                                              Mark E. Schmidtke
                                              Indiana Bar No.: 1733-45

**EBENSTEIN & SCHMIDTKE CONSULTANTS**
103 E. Lincolnway, P.O. Box 2357
Valparaiso, IN 46384-2357
Ph.: 219-465-7368
Fax: 219-464-1401

**OF COUNSEL:**
**GREENBERG & LAGOMASINO, P.A.**
799 Brickell Plaza, Suite 700
Miami, FL 33131
Ph:    305/379-6600
Fx:    305/372-9600

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

**NORTHERN DISTRICT OF INDIANA**

I, Stephen R. Ludwig, Clerk of the United States District Court, Northern District of Indiana,

**DO HEREBY CERTIFY** that Mark E. Schmidtke was duly admitted to practice in said Court on February 25, 1982, and is in good standing as a member of the bar of said Court.

Dated at Hammond, Indiana on March 22, 2000.

Stephen R. Ludwig, Clerk

By _____
Deputy Clerk