# EBENSTEIN & SCHMIDTKE CONSULTANTS
*Attorneys and Counsellors at Law*

Mark E. Schmidtke, Esq.
Of Counsel
Admitted in Indiana

103 E. Lincolnway · P.O. Box 2357
Valparaiso, Indiana 46384-2357
Telephone: 219-465-7368 · Facsimile: 219-464-1401
Internet Address: mschmidtke@hwelaw.com

April 3, 2000



Ms. Amy Jordan
Office of the Clerk
United States District Court
299 E. Broward Blvd., Room 108
Fort Lauderdale, FL 33301

Re:   Bruce Roxby v. Sun Life
      Cause No. 00-6197 CIV-ZLOCH, Magistrate Judge Seltzer
      Our File No. 7200-351

Dear Amy:

Pursuant to our telephone conversation on this date, enclosed is a check in the amount of $75.00 in payment of the *pro hac vice* fee for the admission of Mark E. Schmidtke on behalf of the defendants in the above matter. The *pro hac vice* documents were previously sent to your office by our local counsel, Mark Greenberg. I have enclosed a postage-paid envelope for your convenience in returning a receipt for the payment.

Thank you for your assistance.

Sincerely,

EBENSTEIN & SCHMIDTKE CONSULTANTS

Janet E. Fink
Legal Secretary
Direct Dial: 219-465-1605

jef
Enclosures
clerk ltr.wpd

---

Jaime Ruth Ebenstein, Esq.
J R Ebenstein Consultants Chartered
Admitted in Connecticut and Florida
17867 Foxborough Lane
Boca Raton, Florida 33496
Telephone: 561-451-4406 · Facsimile: 561-451-4407

F. Joseph Jaskowiak, Esq.
Of Counsel
Admitted in Indiana and Illinois
1000 E. 80th Pl., Suite 606 South
Merrillville, Indiana 46410
Telephone: 219-681-6434 · Facsimile: 219-738-2349