IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6197-Civ-Zloch
Magistrate Judge Seltzer

BRUCE ROXBY,

 Plaintiff,

vs.

SUN LIFE OF CANADA, SUN
LIFE OF CANADA REINSURANCE
COMPANY, SUN LIFE ASSURANCE
COMPANY OF CANADA, and SUN LIFE
OF CANADA (U.S.) DISTRIBUTORS,
INC.,

 Defendants.

## CONSENT TO DESIGNATION AS LOCAL COUNSEL

In connection with the Motion to Appear Pro Hac Vice filed on behalf of Defendants by Mark Schmidtke and pursuant to Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys for the Southern District of Florida, I, Mark D. Greenberg, a member in good standing of the Bar for the U.S. District Court for the Southern District of Florida, state as follows:

1. I consent to being designated as the local counsel upon whom the Court and opposing counsel may readily communicate with regarding the conduct of the case and upon whom papers may be served.

- 1 -

2. My practice of law is maintained within the Southern District of Florida at 799 Brickell Plaza, Suite 700, Miami, Florida, 33131, telephone number 305-379-6600, fax 305-379-6612.

Respectfully submitted,

**GREENBERG & LAGOMASINO, P.A.**
Attorneys for Defendant

By: _/s/ Mark D. Greenberg_
Mark D. Greenberg, Esq.
Florida Bar No.: 283959
**GREENBERG & LAGOMASINO, P.A.**
799 Brickell Plaza, Suite 700
Miami, FL 33131
Ph.: (305) 379-6600
Fax: (305) 379-6612

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2000, a true and complete copy of the foregoing was served via U.S. Mail to: Spencer A. Emison, Esq., Spencer A. Emison, P.A., 1999 S.W. 27th Avenue, Miami, FL 33145 and Mark E. Schmidtke, Esq., Ebenstein & Schmidtke Consultants, 103 E. Lincolnway, P.O. Box 2357, Valparaiso, Indiana 46384-2357.

**GREENBERG & LAGOMASINO, P.A.**

By: _/s/ Mark D. Greenberg_
Mark D. Greenberg
Florida Bar No.: 283959

F:\431\Pleadings\Consent to Designation.wpd