UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6197-CIV-ZLOCH

BRUCE ROXBY,

       Plaintiff,

vs.

SUN LIFE OF CANADA, SUN LIFE OF
CANADA REINSURANCE COMPANY, SUN
LIFE ASSURANCE COMPANY OF CANADA,
and SUN LIFE OF CANADA (U.S.)
DISTRIBUTORS, INC.,

       Defendants.

_____/



**O R D E R**

FILED BY _____ D.C.

APR 1 8 2000

THIS MATTER is before the Court upon the Verified Motion To

Appear *Pro Hac Vice* As Additional Counsel, bearing file stamp of

the Clerk of this Court dated April 7, 2000, filed herein by Mark

E. Schmidtke, Esquire.  The Court has carefully reviewed the merits

of said Motion and is otherwise fully advised in the premises.

Pursuant to Administrative Order No. 96-61 entered by Chief

Judge Norman C. Roettger of the Southern District of Florida, this

Court requires every attorney petitioning the Court to appear and

participate in a particular case under Rule 4.B of the Special

Rules Governing the Admission and Practice of Attorneys to pay a

$75.00 fee to the Clerk of the Court.  Upon notification to the



Court that said fee has been paid, the Court will entertain a renewed Motion For Admission *Pro Hac Vice*.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Mark E. Schmidtke, Esquire's Verified Motion To Appear *Pro Hac Vice* As Additional Counsel be and the same is hereby **DENIED** without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____18th_____ day of April, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Mark E. Schmidtke, Esq.
Mark D. Greenberg, Esq.
Spencer Emison, Esq.