UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

BRUCE ROXBY,

    Plaintiff,

CASE NO: 00-6197-CIV-ZLOCH

Magistrate Judge Seltzer

vs.

SUN LIFE OF CANADA, SUN LIFE OF
CANADA REINSURANCE COMPANY,
SUN LIFE ASSURANCE COMPANY OF
CANADA and SUN LIFE OF CANADA
(U.S.) DISTRIBUTORS, INC.,

    Defendant.

_____/

### NOTICE OF FILING
### CLERK'S RECEIPT FOR ATTORNEY ADMISSION
### OF MARK E. SCHMIDTKE

The Defendant, SUN LIFE ASSURANCE COMPANY OF CANADA, through its counsel, files the attached copy of the Clerk's Receipt for attorney admission of Mark E. Schmidtke reflecting payment made of the filing fee on April 13, 2000. Simultaneously with the filing of this Notice, Mark E. Schmidtke's renewed Verified Motion to Appear Pro Hac Vice as Additional Counsel is being filed pursuant to this Court's Order of April 18, 2000. Undersigned counsel's consent to designation as local counsel was filed on April 18, 2000.



- 1 -

GREENBERG & LAGOMASINO, P.A. • 799 BRICKELL PLAZA • SUITE 700 • MIAMI FL 33131 • TEL. (305) 379-6600

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on May 22, 2000 to Spencer A. Emison, Esq., Attorney for Plaintiff, 1999 S.W. 27th Ave., Miami FL 33145.

*[signature]*

MARK D. GREENBERG, ESQ.
Fla. Bar No: 283959
Greenberg & Lagomasino, P.A.
799 Brickell Plaza, Suite 700
Miami FL 33131
Phone: (305) 379-6600
Fax: (305) 379-6612
Attorneys for Defendant

D:\ddrive\3431\Pleadings\Notice of Filing Clerk Receipt for filing fee.wpd

```
Thu Apr 13 16:18:24 2000

    UNITED STATES DISTRICT COURT

    MIAMI          , FL

Receipt No.   401 519102
Cashier         liz

Tender Type  CHECK

Check Number: 20-1/740 #035985

Transaction Type   C

Case No./Def No. 1:88-LB-4    /   1

DO Code    Div No     Acct
  4600        0       6855XX

Amount              $    75.00

HOEPPNER WAGNER & EVANS LLP


PHV/00CV6197/ZLOCH/MARK E. SCHMIDTKE




Thu Apr 13 16:18:24 2000

Check No. 20-1/740 #035985
Amount$    75.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4600
```