UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6197-CIV-ZLOCH

BRUCE ROXBY,

    Plaintiff,

vs.

**O R D E R**

MAY 24 2000

SUN LIFE OF CANADA, SUN LIFE OF
CANADA REINSURANCE COMPANY,
SUN LIFE ASSURANCE COMPANY OF
CANADA and SUN LIFE OF
CANADA (U.S.) DISTRIBUTORS, INC.,

    Defendants.
_____/

THIS MATTER is before the Court upon the Verified Motion To Appear Pro Hac Vice As Additional Counsel, bearing file stamp of the Clerk of this Court dated May 23, 2000, filed herein by Mark E. Schmidtke. The Court has carefully reviewed said Verified Motion and after due consideration, it is

**ORDERED AND ADJUDGED** that the Mark E. Schmidtke's aforementioned Verified Motion To Appear Pro Hac Vice As Additional Counsel be and the same is hereby **GRANTED**, and Mark E. Schmidtke, Esquire is hereby granted leave to appear in the above-styled cause on behalf of the Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___24th___ day of May, 2000.

                                WILLIAM J. ZLOCH
                                United States District Judge

Copies furnished:
See attached Mailing List

BRUCE ROXBY v. SUN LIFE OF CANADA, et al.
CASE NO. 00-6197-CIV-ZLOCH

Spencer A. Emison, Esq.
1999 S.W. 27th Avenue
Miami, FL 33145
For Plaintiff

Mark E. Schmidtke, Esq.
Ebenstein & Schmidtke Consultants
103 E. Lincolnway, P.O Box 2357
Valparaiso, IN 46384-2357

Mark D. Greenberg, Esq.
Greenberg & Lagomasino, P.A.
799 Brickell Plaza, Suite 700
Miami, FL 33131
For Defendants