UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO: 00-6197-Civ-ZLOCH
Magistrate Judge Seltzer

BRUCE ROXBY
  Plaintiff
vs.

SUN LIFE OF CANADA. SUN
LIFE OF CANADA REINSURINCE
COMPANY, SUN LIFE ASSURANCE
COMPANY OF CANADA. and SUN LIFE
OF CANADA (U.S.) DISTRIBUTORS.
INC..

        Defendants.

_____

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appear as lead counsel for the

Plaintiff. **BRUCE ROXBY**, in the above styled cause.

          THE WAGAR LAW FIRM
           John P. Murray
          3250 Mary Street, Suite 207
          Coconut Grove, Florida 33133
          Tel: (305) 443-7772
          Fax: (305) 443-1969

          BY:         
             JOHN P. MURRAY
             Florida Bar No. 975818

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was faxed (305) 379-

6600 and mailed this 14th day of June. 2000 to: **GREENBERG & LAGOMASINO, P.A., 799**

**Brickell Plaza #700, MIAMI, FLORIDA 33131**

    By:        
       John P. Murray
       Florida Bar No.: 97581