IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

BRUCE ROXBY,

           Plaintiff,

           v.

SUN LIFE OF CANADA, SUN LIFE
OF CANADA REINSURANCE
COMPANY, SUN LIFE ASSURANCE
COMPANY OF CANADA, and
SUN LIFE OF CANADA
(U.S.) DISTRIBUTORS, INC.,

           Defendants.

CASE NO.   00-6197-CIV-ZLOCH

Magistrate Judge Seltzer



## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Florida, Defendants, Sun Life Assurance Company Of Canada ("Sun Life" or "Defendant")(improperly denominated in the caption as Sun Life of Canada, Sun Life Of Canada Reinsurance Company and Sun Life of Canada (U.S) Distributors, Inc.), by counsel, move that summary judgment be entered in favor of Defendants because there are no genuine issues of material fact, and Sun Life is entitled to judgment as a matter of law. In support hereof, Sun Life files the Affidavit of LeeAnn Prior, with Exhibits "A" and "B" thereto. Sun Life also incorporates by reference its Memorandum In Support Of Defendants' Motion For Summary Judgment, which is filed contemporaneously herewith.



Finally, Sun Life files and incorporates by reference its "Statement Of Material Facts As To Which There Is No Genuine Issue For Trial."

Respectfully submitted,

_____ #75001P
Mark D. Greenberg
Fla. Bar. No. 283959
Greenberg & Lagomasino, P.A.
799 Brickell Plaza, Suite 700
Miami, FL 33131
Phone: (305) 379-6600
Fax: (305) 379-6612

Mark E. Schmidtke
Indiana Bar No. 1733-45
Hoeppner Wagner & Evans LLP
103 E. Lincolnway
P.O. Box 2357
Valparaiso, IN 46384-2357
Phone: (219) 465-7368
Fax: (219) 464-1401

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I certify that on October 20, 2000 a true and complete copy of the foregoing "Defendants' Motion for Summary Judgment" was served on the below-named counsel of record by placing the same in a postage-paid envelopes addressed as follows:

John P. Murray
The Wagar Law Firm
3250 Mary St., Suite 207
Coconut Grove, FL 33133

GREENBERG & LAGOMASINO, P.A.

By: _____ Bar # 75001P
Mark D. Greenberg
Florida Bar No.: 283959