**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

BRUCE ROXBY,

                              CASE NO.  00-6197
       Plaintiff,                           CIV-ZLOCH

     v.                                    Magistrate Judge Seltzer

SUN LIFE OF CANADA, SUN LIFE OF
CANADA REINSURANCE COMPANY, SUN
LIFE ASSURANCE COMPANY OF CANADA,
and SUN LIFE OF CANADA (U.S.)
DISTRIBUTORS, INC.,

       Defendants.

**SUBSTITUTION OF APPEARANCE**

Comes now Mark E. Schmidtke, co-counsel for defendants, and advises the Court and all parties that he is now affiliated with the law firm of Hoeppner Wagner & Evans LLP d/b/a Schmidtke Hoeppner Consultants. The appearance by Ebenstein & Schmidtke Consultants initially entered in this case is hereby withdrawn and substituted by Hoeppner Wagner & Evans LLP. All other information for Mark E. Schmidtke remains the same.

                                      Respectfully submitted,
                                      **HOEPPNER WAGNER & EVANS LLP**
                                      Attorneys for Defendants

                                      By: _____
                                       Mark E. Schmidtke, #1733-45
                                       103 E. Lincolnway; P.O. Box 2357
                                       Valparaiso, IN 46384-2357
                                       Ph.: 219-465-7368; Fax: 219-464-1401

**OF COUNSEL:**    Mark D. Greenberg
                       Florida Bar No.: 283959
                       **GREENBERG & LAGOMASINO, P.A.**
                       799 Brickell Plaza, Suite 700
                       Miami, FL 33131
                       Ph: 305/379-6600; Fx: 305/372-9600

**CERTIFICATE OF SERVICE**

I certify that on October 17, 2000 a true and complete copy of the foregoing "Substitution of Appearance" was served on the below-named counsel of record by placing the same in postage-paid envelopes addressed as follows:

>  Spencer A. Emison, Esq.
>  Spencer A. Emison, P.A.
>  1999 S.W. 27th Avenue
>  Miami, FL 33145

HOEPPNER WAGNER & EVANS LLP

By: _____
Mark E. Schmidtke, #1733-45
103 E. Lincolnway
P.O. Box 2357
Valparaiso, IN 46384-2357
Ph.:  219-465-7368
Fax:  219-464-1401

2