UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRUCE ROXBY

    Plaintiff,

CASE NO: 00-6197

vs

NOTICE OF MEDIATION

SUN LIFE ASSURANCE COMPANY OF CANADA

    Defendant,

_____/

Mark E. Schmidkey, Esquire
Hoeckner, Wagner, & Evans, P.A.
P.O. Box 2357
Valperazo, IN 46384-2357

John P. Murray, Esquire
The Wagner Law Firm
3250 Mary Street
Suite 207
Coconut Grove, Florida 30133

    **YOU ARE HEREBY NOTIFIED**, pursuant to the agreement of the parties, a Mediation Conference shall be held in this case before Maxine Schindler, Esquire of Mediation, Inc., Biscayne Building, Suite 1100, 19 West Flagler Street, Miami, FL 33130 on December 5, 2000 at 9:00 AM. Any correspondance with the Mediator shall be directed to Mediation, Inc., PO Box 4978, Fort Lauderdale, Florida, 33338, FAX (954)767-0505. **3.00 hours have been reserved.**

    "If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator in the Administration Office of Mediation, Inc., 100 Southeast Third Avenue, Fort Lauderdale, Florida 33494, Telephone (954) 764-1000 or (800) 741-7000, within two (2) working days of the receipt of this Notice of Mediation."

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mediation has been provided by mail to the above named addressees this 30th day of October, 2000.

MEDIATION, INC.

By _____
JAMES B. CHAPLIN, ESQUIRE
Florida Bar Number 110628
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
           (800) 741-7000

