UNITED STATES DISTRICT COURT
*SOUTHERN DISTRICT OF FLORIDA*

**BRUCE ROXBY**
    **Plaintiff,**

vs

**SUN LIFE ASSURANCE COMPANY OF CANADA**
    **Defendant,**
_____/

CASE NO: 00-6197

**NOTICE OF MEDIATION**

Mark D. Greenberg, Esquire
Greenberg & Lagomasino, P.A.
799 Brickell Avenue
Suite 700
Miami, FL 33131

John P. Murray, Esquire
The Wagner Law Firm
3250 Mary Street
Suite 207
Cocnut Grove, Florida 33133

    **YOU ARE HEREBY NOTIFIED**, pursuant to the agreement of the parties, a Mediation Conference shall be held in this case before Maxine Schindler, Esquire of Mediation, Inc., Biscayne Building, Suite 1100, 19 West Flagler Street, Miami, FL 33130 on December 5, 2000 at 9:00 AM. Any correspondance with the Mediator shall be directed to Mediation, Inc., PO Box 4978, Fort Lauderdale, Florida, 33338, FAX (954)767-0505. **3.00 hours have been reserved.**

    "If you are a person with a disability who needs any accomodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator in the Administration Office of Mediation, Inc., 100 Southeast Third Avenue, Fort Lauderdale, Florida 33394, Telephone (954) 764-1000 or (800) 741-7000, within two (2) working days of the receipt of this Notice of Mediation."

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mediation has been provided by mail to the above named addressees this 31st day of October, 2000.

MEDIATION, INC.

By _____
**JAMES B. CHAPLIN, ESQUIRE
Florida Bar Number 110628
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
           (800) 741-7000**