UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6197-CIV-ZLOCH

MAGISTRATE JUDGE SELTZER

BRUCE ROXBY,

    Plaintiff,

vs.

SUN LIFE OF CANADA, SUN LIFE OF
CANADA REINSURANCE COMPANY,
SUN LIFE ASSURANCE COMPANY OF
CANADA and SUN LIFE OF CANADA
(U.S.) DISTRIBUTORS, INC.,

    Defendant.
_____/



FILED by _____ D.C.

NOV 0 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## AGREED MOTION FOR ENLARGEMENT OF TIME

    The Defendants, through their counsel, move for an enlargement of time within which to respond to Plaintiff's Motion for Summary Judgment and as grounds therefore states as follows:

    1.    This is an action brought by the Plaintiff against the Defendants seeking benefits under a policy of disability insurance. On October 20, 2000, Defendants served a Motion for Summary Judgment. On November 3, 2000, Plaintiff served his Response to the Motion for Summary Judgment.

    2.    Under the Local Rules, Defendant's Reply to Plaintiff's response to the Motion for Summary Judgment is due on or before November 13, 2000.

    3.    Due to travel commitments and hearings in other matters, undersigned counsel will be unable to prepare Defendant's reply within the present deadline.



4.  For the foregoing reason, Defendants respectfully request a seven day enlargement of time within which to reply to the Plaintiff's Response to the Motion for Summary Judgment, up to and including November 20, 2000.

5.  This motion is not being advanced for purposes of harassment or delay, but is set forth in good faith to enable the Defendants to reply to the Plaintiff's Response to the Motion for Summary Judgment.

6.  Plaintiff's counsel has been contacted regarding the requested enlargement of time and has no objection to Defendants' request.

WHEREFORE, Defendants respectfully requests that this Court grant it an enlargement of time up through and including November 20, 2000, in which to serve its Reply to the Plaintiff's Response to the Motion for Summary Judgment.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via U.S. Mail on November 6, 2000, to: JOHN P. MURRAY, ESQ., The Wagar Law Firm, 3250 Mary Street, Suite 207, Coconut Grove, Florida 33133.

MARK D. GREENBERG, ESQ.
Florida Bar No. 283959
Greenberg & Lagomasino, P.A.
799 Brickell Plaza, #700
Miami, Florida 33131
Tel. No. (305) 379-6600
Fax No. (305) 379-6612
Attorneys for Defendant

D:\3431\Pleadings\Motion for Enlargement of Time2.wpd

- 2 -