UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6197-CIV-ZLOCH

BRUCE ROXBY,

    Plaintiff,

vs.                      **O R D E R**

SUN LIFE OF CANADA, SUN LIFE
OF CANADA REINSURANCE COMPANY,
SUN LIFE ASSURANCE COMPANY OF
CANADA and SUN LIFE OF CANADA
(U.S.) DISTRIBUTORS, INC.,

    Defendants.
_____/

FILED by _____ D.C.
NOV 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court upon the Agreed Motion For Enlargement Of Time (DE 25), filed herein by the Defendants, Sun Life of Canada, Sun Life of Canada Reinsurance Company, Sun Life Assurance Company of Canada, and Sun Life of Canada (U.S.) Distributors, Inc. The Court having carefully reviewed said Motion and the entire court file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendants' aforementioned Agreed Motion For Enlargement Of Time be and the same is hereby **GRANTED**, and the Reply Brief In Support Of Defendants' Motion For



Summary Judgment, bearing file stamp of the Clerk of this Court dated November 14, 2000, filed herein by the Defendants be and the same is hereby deemed timely filed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of November, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

John P. Murray, Esq.
For Plaintiff

Mark D. Greenberg, Esq.
For Defendants

2