UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

BRUCE ROXBY,

    Plaintiff,

CASE NO. 00-6197-CIV-ZLOCH
Magistrate Judge Seltzer

v.

SUN LIFE OF CANADA, SUN LIFE OF
CANADA REINSURANCE COMPANY, SUN
LIFE ASSURANCE COMPANY OF CANADA,
and SUN LIFE OF CANADA (U.S.)
DISTRIBUTORS, INC.,

    Defendants.
_____/



## NOTICE OF COMPLIANCE WITH ORDER OF REFERRAL TO MEDIATION

The Parties hereby notify the Court that Mediation has been scheduled for December 5,

2000 in compliance with this Court's Order dated March 15, 2000 and S.D. Fla. Local Rule 16.2.

*Respectfully Submitted,*

THE WAGAR LAW FIRM
3250 Mary Street, Suite 207
Coconut Grove, FL 33133
(305) 443-7772 (T)
(305) 443-1969 (F)

BY: _____
JOHN P. MURRAY
FL Bar No. 975818

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 14th day of November, 2000 to: Mark Greenberg, Esq., Greenberg & Lagomasino, P.A., 799 Brickell Plaza, Suite 700, Miami, FL 33131. Via Fax: (305) 379-6612 and Mark E. Schmidtke, Esq., Ebenstein & Schmidtke Consultants, 103 E. Lincolnway, P.O. Box 2357, Valparaiso, IN 46384-2357. Via Fax: (219) 464-1401.

THE WAGAR LAW FIRM
3250 Mary Street, Suite 207
Coconut Grove, FL 33133
(305) 443-7772 (T)
(305) 443-1969 (F)

BY: _____
JOHN P. MURRAY
FL Bar No. 975818