UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRUCE ROXBY

    Plaintiff,

CASE NO: 00-6197

vs

NOTICE OF MEDIATION

SUN LIFE ASSURANCE COMPANY OF CANADA

    Defendant,
_____/

Mark D. Greenberg, Esquire  
Greenberg & Lagomasino, P.A.  
799 Brickell Avenue  
Suite 700  
Miami, FL 33131  

John P. Murray, Esquire  
The Wagner Law Firm  
3250 Mary Street  
Suite 207  
Cocnut Grove, Florida 33133  

**YOU ARE HEREBY NOTIFIED**, pursuant to the agreement of the parties, a Mediation Conference shall be held in this case before Maxine Schindler, Esquire of Mediation, Inc., Biscayne Building, Suite 1100, 19 West Flagler Street, Miami, FL 33130 on December 5, 2000 at 10:00 AM. Any correspondence with the Mediator shall be directed to Mediation, Inc., PO Box 4978, Fort Lauderdale, Florida, 33338, FAX (954)767-0505. **3.00 hours have been reserved.**

"If you are a person with a disability who needs any accomodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator in the Administration Office of Mediation, Inc., 100 Southeast Third Avenue, Fort Lauderdale, Florida 33394, Telephone (954) 764-1000 or (800) 741-7000, within two (2) working days of the receipt of this Notice of Mediation."

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mediation has been provided by mail to the above named addressees this 1st day of December, 2000.

        MEDIATION, INC.

        By _____  
        JAMES B. CHAPLIN, ESQUIRE  
        Florida Bar Number 110628  
        Post Office Box 4978  
        Fort Lauderdale, FL 33338  
        Telephone: (954) 764-1000  
                   (800) 741-7000

NON-COMPLIANCE OF S.D. Fla. L.R. 5.1B