UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**BRUCE ROXBY**
    Plaintiff,

vs

**SUN LIFE OF CANADA, et al.**

    Defendant,
_____/

CASE NO: 00-6197-CIV-ZLOCH

**MEDIATION REPORT**

Type of Case: Contract

Pursuant to the Court's Order/Joint Stipulation, a Mediation Conference was conducted by Maxine Schindler, Esquire of MEDIATION, INC., on December 5, 2000.

The following were present:

    All Plaintiffs and Plaintiff Trial Counsel appeared.

    All Defendants and Defense Trial Counsel appeared.

The result of the Mediation Conference is as follows:

    The parties have reached a total IMPASSE.

Copies furnished by U.S. Mail to:

    Mark D. Greenberg, Esquire

    John P. Murray, Esquire

RESPECTFULLY SUBMITTED on December 8, 2000.

JAMES B. CHAPLIN, ESQUIRE
for Maxine Schindler
Florida Bar Number 110628
Certified Mediator for MEDIATION, INC.
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
          (800) 741-7000

