UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6197-CIV-ZLOCH

BRUCE ROXBY,

    Plaintiff,

vs.

SUN LIFE OF CANADA, et al.,

    Defendants.
_____/

**ORDER RESETTING**
**PRE-TRIAL CONFERENCE**

FILED by _____ D.C.

JAN 0 3 ___

THIS MATTER is before the Court sua sponte. The Court having carefully reviewed the entire Court file herein and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

The above-styled cause is hereby **RESET** for Pre-Trial Conference on **Friday, February 2, 2001**, at **9:30 a.m.** at the United States Courthouse, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Broward County, Florida. Pursuant to Local Rule 16.1 of this Court, the parties shall abide by the following time schedule under penalty of dismissal or other sanction.

TIME SCHEDULE

| | | |
|---|---|---|
| **SEVENTEEN** days prior to P-T Conf. | - | Attorneys must meet |
| **FIFTEEN** days prior to P-T Conf. | - | Resume of experts must be completed and their reports must be exchanged |
| **FIVE** days prior to P-T Conf. | - | ALL discovery must be completed |



NO FURTHER MOTIONS FOR SUMMARY JUDGMENT OR JUDGMENT ON THE PLEADINGS WILL BE CONSIDERED BY THE COURT.

EXCEPT AS OTHERWISE MODIFIED HEREIN, THE PARTIES MUST COMPLY IN FULL WITH LOCAL RULE 16.1 OF THIS COURT. THE PROVISIONS OF THIS ORDER SHALL SUPERSEDE ANY DEADLINES OR SCHEDULES AGREED UPON BY THE PARTIES.

TRIAL DATE: PARTIES MUST BE READY FOR TRIAL AT ANY TIME AFTER THE PRE-TRIAL CONFERENCE. THERE WILL BE NO CALENDAR CALL.

PRE-TRIAL STIPULATION must be filed in Fort Lauderdale, Florida on or before January 19, 2001.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of January, 2001.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

John P. Murray, Esq.
For Plaintiff

Mark D. Greenberg, Esq.
Mark E. Schmidtke, Esq.
For Defendants

2