UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6197-CIV-ZLOCH

MAGISTRATE JUDGE SELTZER

BRUCE ROXBY,

    Plaintiff,

vs.

SUN LIFE OF CANADA, SUN LIFE OF
CANADA REINSURANCE COMPANY,
SUN LIFE ASSURANCE COMPANY OF
CANADA and SUN LIFE OF CANADA
(U.S.) DISTRIBUTORS, INC.,

    Defendant.
_____/

### AGREED MOTION TO EXTEND DEADLINES FOR COMPLIANCE WITH THE COURT'S PRETRIAL ORDER

The Plaintiff, Bruce Roxby and the Defendants, Sun Life of Canada, Sun Life of Canada Reinsurance Company, Sun Life Assurance Company of Canada, and Sun Life of Canada (U.S.) Distributors, Inc., through their counsel, file this Agreed Motion to Extend the Deadlines in the Court's Pretrial Order and as grounds therefore states as follows:

1.     On January 17, 2001, the parties submitted their Consent to Jurisdiction by the United States Magistrate Judge signed on behalf of the parties by their respective counsel.

2.     Counsel were unaware of the Court's requirement that the parties sign the consent form as well.

3.     In accordance with the Court's requirements, the proper consent form was signed by counsel as well as the parties and was filed on January 17, 2001.



GREENBERG & LAGOMASINO, P.A. • 799 BRICKELL PLAZA • SUITE 700 • MIAMI FL 33131 • TEL. (305) 379-6600

4. The signatures submitted for the Plaintiff are those of John Murray, Plaintiff's counsel and Bruce Roxby, the Plaintiff. The signatures for the Defendant are those of Mark Greenberg, counsel for the Defendants and Michael Bloom, an employee and in-house counsel authorized to sign the consent form on behalf of the Defendants.

5. Apparently due to the need to clarify Mr. Bloom's status as an authorized signatory for the Defendant, the parties' Consent to Exercise Jurisdiction by the United States District Court was not ruled upon by this Court.

6. Under the Court's current pretrial order, a pretrial stipulation is due on January 19, 2001. The parties had anticipated that their Consent to Exercise Jurisdiction by the United States Magistrate Judge would have been ruled upon prior to the due date for the pretrial stipulation. Moreover, counsel anticipated based on their past practice before this Court and the United States Magistrate Judge, that upon effectuation of the consent form, a new pretrial order would be entered setting new pretrial procedures and deadlines.

7. Based on the foregoing, it is respectfully requested that this Court enlarge the present deadline for submitting the pretrial stipulation pending this Court's ruling on the Consent to Exercise Jurisdiction by the United States Magistrate Judge. Should this Court deny the parties' request to consent to jurisdiction by the United States Magistrate Judge, it is respectfully requested that the Court grant an additional 20 days within which to comply with the Court's requirement to submit a pretrial stipulation. Plaintiff's counsel has been contacted regarding this motion and has authorized that it be submitted to the Court on an agreed upon basis.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via

facsimile and U.S. Mail on January 19, 2001, to: JOHN P. MURRAY, ESQ., The Wagar Law Firm, 3250 Mary Street, Suite 207, Coconut Grove, Florida 33133 .

MARK D. GREENBERG, ESQ.
Florida Bar No. 283959
Greenberg & Lagomasino, P.A.
799 Brickell Plaza, #700
Miami, Florida 33131
Tel. No. (305) 379-6600
Fax No. (305) 379-6612
Attorneys for Defendant

D:\3431\Pleadings\M Extend Pretr Ord.wpd

- 3 -