UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Plaintiff

Bruce Roxby

V.

Defendant

Sun Life of Canada, et al.

NOTICE OF RIGHT TO CONSENT TO DISPOSITION
OF A CIVIL CASE BY A UNITED STATES
MAGISTRATE JUDGE

Case Number: 00-6197-CIV-ZLOCH

FILED by _____ D.C.

JAN 2 3 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c), the undersigned parties voluntarily consent to have a United States Magistrate Judge conduct all further proceedings in the case, including the trial and order the entry of final judgement.

Signature _John P. Murray_ π Counsel      Date 1/10/01

X _Bruce Roxby_                             1/11/01

_Mark D. Greenberg_ Counsel for Defendant.  1/16/01

_[signature]_ Counsel, Sun Life Assurance Company of Canada   1/16/01

### ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case be referred to the Honorable _____
__BARRY S. SELTZER__, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

1/23/01
Date

_William J. Zloch_
Chief United States District Judge
William J. Zloch

NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL
PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE
OF JURISDICTION BY THE UNITED STATES MAGISTRATE JUDGE.

cc:
Barry S. Seltzer, United States Magistrate Judge
Lucy Lara, Case Assignment Administrator
John P. Murray, Esq.
Mark D. Greenberg, Esq.