UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6197-CIV-ZLOCH/SELTZER

BRUCE ROXBY,

    Plaintiff,

vs.

SUN LIFE OF CANADA, SUN LIFE
OF CANADA REINSURANCE COMPANY,
SUN LIFE ASSURANCE COMPANY OF
CANADA and SUN LIFE OF CANADA
(U.S.) DISTRIBUTORS, INC.

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court *sua sponte*. The parties having consented to trial before the undersigned, it is hereby ORDERED that the pretrial deadlines that have not already passed (set by the District Judge) are VACATED and the pretrial conference currently set for February 2, 2001 is CANCELED. The undersigned will set a pretrial conference and trial date, if necessary, after ruling on Defendant's Motion for Summary Judgment.

It is further ORDERED that the parties' Agreed Motion to Extend Deadlines for Compliance with the Court's Pretrial Order (DE 32) is DENIED as moot.

DONE AND ORDERED in Fort Lauderdale, Florida, this ___ day of January 2001.

BARRY S. SELTZER
United States Magistrate Judge

34

Copies to:

John P. Murray, Esq.
The Wagar Law Firm
3250 Mary St., Suite 207
Coconut Grove, FL 33133

Mark D. Greenberg, Esq.
Greenberg & Lagomasino, P.A.
799 Brickell Plaza, #700
Miami, FL 33131