UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6197-CIV-ZLOCH/SELTZER

BRUCE ROXBY,

        Plaintiff,

vs.

SUN LIFE OF CANADA,
SUN LIFE OF CANADA REINSURANCE COMPANY,
SUN LIFE ASSURANCE COMPANY OF CANADA, and
SUN LIFE OF CANADA (U.S.) DISTRIBUTORS, INC.,

        Defendants.



_____/

## FINAL JUDGMENT

THIS CAUSE came before United States Magistrate Judge Barry S. Seltzer upon Defendants' Motion for Summary Judgment pursuant to the consent of the parties. The issues having been duly considered and the Court having found that pursuant to Federal Rule of Civil Procedure 56 Defendants are entitled to summary judgment on Plaintiff Bruce Roxby's claims,

It is ORDERED and ADJUDGED that Plaintiff Bruce Roxby take nothing and that this action is DISMISSED with prejudice.

DONE AND ORDERED in Fort Lauderdale this 26TH day of February, 2001.

                              BARRY S. SELTZER
                              United States Magistrate Judge

36

Copies to:

John P. Murray Esquire
The Wagar Law Firm
3250 Mary Street, Suite 307
Coconut Grove, Florida 33133
Attorney for Plaintiff

Mark D. Greenberg, Esquire
Greenberg & Lagomasino, P.A.
799 Brickell Plaza, Suite 700
Miami, Florida 33131
Attorney for Defendants

Mark E. Schmidtke, Esquire
Hoeppner, Wagner & Evans LLP
103 Lincoln Way
P.O. Box 2357
Valparaiso, Indiana 46384-2357

Spencer A. Emison, Esquire
1999 SW 27th Avenue, 1st Floor
Miami, Florida 33145