FILING FEE
PAID 5,219.48 - $105
In Forma Pauperis _____
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

BRUCE ROXBY,

      Plaintiff,

CASE NO. 00-6197-CIV-ZLOCH
Magistrate Judge Seltzer

v.

SUN LIFE OF CANADA, SUN LIFE OF
CANADA REINSURANCE COMPANY, SUN
LIFE ASSURANCE COMPANY OF CANADA,
and SUN LIFE OF CANADA (U.S.)
DISTRIBUTORS, INC.,

      Defendants.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Bruce Roxby, The Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered in this action on the 26th day of February, 2001. A copy of said Final Judgment is attached hereto as Exhibit "A".

Respectfully submitted this 28th day of March, 2001.

                            THE WAGAR LAW FIRM
                            Attorney for the Plaintiff
                            3250 Mary Street #207
                            Miami, Fl. 33133
                            Tel: (305) 443-7772
                            Fax: (305) 443-1969
                            By: _____
                            John P. Murray
                            Florida Bar #: 975818

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6197-CIV-ZLOCH/SELTZER

BRUCE ROXBY,

      Plaintiff,

vs.

SUN LIFE OF CANADA,
SUN LIFE OF CANADA REINSURANCE COMPANY,
SUN LIFE ASSURANCE COMPANY OF CANADA, and
SUN LIFE OF CANADA (U.S.) DISTRIBUTORS, INC.,

      Defendants.

_____/

## FINAL JUDGMENT

THIS CAUSE came before United States Magistrate Judge Barry S. Seltzer upon Defendants' Motion for Summary Judgment pursuant to the consent of the parties. The issues having been duly considered and the Court having found that pursuant to Federal Rule of Civil Procedure 56 Defendants are entitled to summary judgment on Plaintiff Bruce Roxby's claims,

It is ORDERED and ADJUDGED that Plaintiff Bruce Roxby take nothing and that this action is DISMISSED with prejudice.

DONE AND ORDERED in Fort Lauderdale this 26TH day of February, 2001.

BARRY S. SELTZER
United States Magistrate Judge

EXHIBIT A

Copies to:

John P. Murray Esquire
The Wagar Law Firm
3250 Mary Street, Suite 307
Coconut Grove, Florida 33133
Attorney for Plaintiff

Mark D. Greenberg, Esquire
Greenberg & Lagomasino, P.A.
799 Brickell Plaza, Suite 700
Miami, Florida 33131
Attorney for Defendants

Mark E. Schmidtke, Esquire
Hoeppner, Wagner & Evans LLP
103 Lincoln Way
P.O. Box 2357
Valparaiso, Indiana 46384-2357

Spencer A. Emison, Esquire
1999 SW 27th Avenue, 1st Floor
Miami, Florida 33145