**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

**CLARENCE MADDOX**
Court Administrator/Clerk of Court

CLERK, U.S. COURT OF APPEALS          Date: <u>September 10, 2001</u>
Eleventh Judicial Circuit             USDC # <u>00-6197-CV-WJZ</u>
56 Forsyth Street                     USCA # <u>01-11728-DD</u>
Atlanta, Georgia   30303

IN RE: **Roxby v. Sun Life of Canada, et al**

============================================================

### Certificate of Readiness and Transmittal of Record on Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for
the Southern District of Florida hereby certifies that, as shown on
the enclosed index, the record is complete for purposes of this
appeal.  The record (including the transcripts or parts thereof
designated for inclusion and all necessary exhibits) consists of:

                    _2_ Volumes of Pleadings

Judge <u>The Honorable William J. Zloch</u>

                                                Sincerely,

                    Clarence Maddox, Court Administrator/Clerk

                    By: _____
                                          Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

      _____
            Signature

_The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism_
_for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner._



BSS    CLOSED
APPEAL

U.S. District Court
Southern District of Florida (FtLauderdale)

CIVIL DOCKET FOR CASE #: 00-CV-6197

Roxby v. Sun Life of Canada, et al                     Filed: 02/08/00
Assigned to: Magistrate Barry S. Seltzer
Demand: $0,000                          Nature of Suit:  791
Lead Docket: None                       Jurisdiction: Federal Question
Dkt # in 17th Jud. Cir. : is 9905037 CACE 13

Cause: 29:1145 E.R.I.S.A.

BRUCE ROXBY                      John Pritchard Murray
    plaintiff                   FTS 443-1969
                                [COR LD NTC]
                                Wagar Law Firm
                                3250 Mary Street
                                Suite 302
                                Coconut Grove, FL 33133
                                305-443-7772

                                Spencer Anthony Emison
                                FTS 860-1902
                                [COR LD NTC]
                                1999 SW 27th Avenue
                                1st Floor
                                Miami, FL 33145
                                305-860-1901

    v.

SUN LIFE OF CANADA              Mark David Greenberg
    defendant                   FTS 379-6612
                                [COR LD NTC]
                                John Patrick Goshgarian
                                FTS 372-9600
                                [COR LD NTC]
                                Greenberg & Lagomasino
                                799 Brickell Plaza
                                Suite 700
                                Miami, FL 33131
                                305-379-6600

                                Mark E. Schmidtke
                                [COR NTC]
                                Ebenstein & Schmidtke
                                Consultants
                                103 E. Lincolnway

Docket as of September 10, 2001 12:49 pm              Page 1

```
                              P.O. Box 2357
                              Valparaiso, IN 46384-2357
                              219-465-7368
                              FTS 464-1401


SUN LIFE ASSURANCE COMPANY OF    Mark David Greenberg
CANADA                           (See above)
     defendant                   [COR LD NTC]
                                 John Patrick Goshgarian
                                 (See above)
                                 [COR LD NTC]

                                 Mark E. Schmidtke
                                 (See above)
                                 [COR NTC]


SUN LIFE OF CANADA (US)          Mark David Greenberg
DISTRIBUTORS, INC.               (See above)
     defendant                   [COR LD NTC]
                                 John Patrick Goshgarian
                                 (See above)
                                 [COR LD NTC]

                                 Mark E. Schmidtke
                                 (See above)
                                 [COR NTC]


SUN LIFE OF CANADA REINSURANCE   John Patrick Goshgarian
COMPANY                          (See above)
     defendant                   [COR LD NTC]

                                 Mark E. Schmidtke
                                 (See above)
                                 [COR NTC]


-------------------------
```

Proceedings include all events.                                        BSS
0:00cv6197 Roxby v. Sun Life of Canada, et al                 CLOSED APPEAL

BRUCE ROXBY

            plaintiff

    v.

SUN LIFE OF CANADA; SUN LIFE ASSURANCE COMPANY OF CANADA;
SUN LIFE OF CANADA (US) DISTRIBUTORS, INC.; SUN LIFE OF
CANADA REINSURANCE COMPANY

            defendant

| 2/8/00 | (1) | NOTICE OF REMOVAL of amended complaint from 17th Judicial Circuit FILING FEE $150.00 RECEIPT # 816666 A-7; BSS (br) [Entry date 02/23/00] |
|---|---|---|
| 2/8/00 | -- | Magistrate identification: Magistrate Judge Barry S. Seltzer (br) [Entry date 02/23/00] |
| 2/16/00 | (2) | MOTION by Sun Life of Canada, Sun Life Assuance, Sun Life Assurance, Sun Life Distributor to extend time to respond to complaint (lh) [Entry date 02/23/00] |
| 2/17/00 | (3) | ORDER denying [2-1] motion to extend time to respond to complaint ( Signed by Judge William J. Zloch on 2/17/00) CCAP [EOD Date: 2/23/00] (lh) [Entry date 02/23/00] |
| 3/8/00 | (4) | ANSWER by Sun Life of Canada, Sun Life Assurance, Sun Life Distributor, Sun Life Reinsurance (Attorney John Patrick Goshgarian) to amended complaint (lh) [Entry date 03/09/00] |
| 3/15/00 | (5) | ORDER referring case to mediation. 15 days to appoint mediator ( Signed by Judge William J. Zloch on 3/15/00) CCAP [EOD Date: 3/16/00] (lh) [Entry date 03/16/00] |
| 3/15/00 | (6) | ORDER setting pretrial conference for 9:30 1/19/01, set pretrial stipulation due for 1/5/01 ( Signed by Judge William J. Zloch on 3/15/00) CCAP [EOD Date: 3/16/00] (lh) [Entry date 03/16/00] |
| 3/15/00 | (7) | ORDER Re: Trial Instructions ( Signed by Judge William J. Zloch on 3/15/00) CCAP [EOD Date: 3/16/00] (lh) [Entry date 03/16/00] |
| 3/31/00 | (8) | NOTICE of selection of Maxine Schindler as Mediator by Sun Life of Canada, Sun Life Assurance, Sun Life Distributor, Sun Life Reinsurance (lh) [Entry date 04/03/00] |
| 3/31/00 | (9) | Scheduling Report of Scheduling Meeting by Bruce Roxby, Sun Life of Canada (lh) [Entry date 04/03/00] |
| 4/7/00 | (10) | VERIFIED MOTION by Sun Life of Canada, Sun Life Assurance, Sun Life Distributor, Sun Life Reinsurance for Mark E. Schmidtke to appear pro hac vice (lh) [Entry date 04/11/00] |
| 4/13/00 | (11) | CLERK'S RECEIPT for: attorney admission fee of Mark E. Schmidtke paid by Sun Life of Canada, Sun Life Assurance, Sun Life Distributor, Sun Life Reinsurance . AMOUNT: $ 75.00 RECEIPT # 519102 (lh) [Entry date 04/14/00] |
| 4/18/00 | (12) | CONSENT to designation as local counsel by Mark Schmidtke by Sun Life of Canada, Sun Life Assurance, Sun Life Distributor, Sun Life Reinsurance (dp) [Entry date 04/19/00] |

Proceedings include all events.                                          BSS
0:00cv6197 Roxby v. Sun Life of Canada, et al         VOl. 1 cont. CLOSED APPEAL

---

4/18/00  (13)   ORDER denying [10-1] motion for Mark E. Schmidtke to appear
                pro hac vice ( Signed by Judge William J. Zloch on 4/18/00)
                CCAP [EOD Date: 4/19/00] (dp) [Entry date 04/19/00]

5/23/00  (14)   VERIFIED MOTION by Sun Life of Canada, Sun Life Assurance,
                Sun Life Distributor, Sun Life Reinsurance for Mark E.
                Schmidtke to appear pro hac vice as additional counsel (lh)
                [Entry date 05/24/00]

5/23/00  (15)   NOTICE of filing Clerk's receipt for attorney admission of
                Mark E. Schmidtke by Sun Life of Canada (lh)
                [Entry date 05/24/00]

5/24/00  (16)   ORDER granting [14-1] motion for Mark E. Schmidtke to
                appear pro hac vice as additional counsel ( Signed by Judge
                William J. Zloch on 5/24/00) CCAP [EOD Date: 5/25/00] (lh)
                [Entry date 05/25/00]

6/15/00  (17)   NOTICE of attorney appearance for Bruce Roxby  by John
                Pritchard Murray (lh) [Entry date 06/16/00]

10/20/00 (18)   MOTION by Sun Life of Canada, Sun Life Assurance, Sun Life
                Distributor, Sun Life Reinsurance for summary judgment (lh)
                [Entry date 10/23/00]

10/20/00 (19)   MEMORANDUM by Sun Life of Canada, Sun Life Assurance, Sun
                Life Distributor, Sun Life Reinsurance  in support of
                [18-1] motion for summary judgment (lh)
                [Entry date 10/23/00]

---

10/20/00 20     NOTICE of filing Affidavit of Leeann prior in support of
                defendant's motion for summary judgment by Sun Life
                Assurance (lh) [Entry date 10/23/00]          VOl. 2

---

10/23/00 (21)   NOTICE/SUBSTITUTION OF APPEARANCE by Sun Life of Canada,   VOl. 1 cont.
                Sun Life Assurance, Sun Life Distributor, Sun Life
                Reinsurance (lh) [Entry date 10/24/00]

11/2/00  (22)   NOTICE of Mediation Hearing on 12/5/00 at 9:00 (ss)
                [Entry date 11/03/00]

11/6/00  (23)   RESPONSE by Bruce Roxby  to [18-1] motion for summary
                judgment (lh) [Entry date 11/07/00]

11/7/00  (24)   RE-NOTICE of Mediation Hearing on 12/5/00 at 9:00 am. added
                as mediator (lh) [Entry date 11/08/00]

11/7/00  (25)   MOTION by Sun Life of Canada, Sun Life Assurance, Sun Life
                Distributor, Sun Life Reinsurance to extend time respond
                to Motion for Summary Judgment (jl) [Entry date 11/14/00]

11/14/00 (26)   REPLY BRIEF by Sun Life Assurance  to response to [18-1]
                motion for summary judgment (lh) [Entry date 11/15/00]

Docket as of September 10, 2001 12:49 pm                  Page 5



Proceedings include all events.                                    BSS
0:00cv6197 Roxby v. Sun Life of Canada, et al        VOL. 1 CLOSED APPEAL cont

11/17/00 (27)    ORDER granting [25-1] motion to extend time to respond to
                 Motion for Summary Judgment ( Signed by Judge William J.
                 Zloch on 11/17/00) CCAP [EOD Date: 11/20/00] (1h)
                 [Entry date 11/20/00]

11/21/00 (28)    Notice of compliance: by Bruce Roxby  with [5-1]
                 referral/referred order (1h) [Entry date 11/22/00]

12/7/00 (29)     NOTICE of Mediation Hearing on 12/5/00 at 10:00 am (1h)
                 [Entry date 12/08/00]

12/14/00 (30)    FINAL report of Mediator. Disposition: Impasse (1h)
                 [Entry date 12/15/00]

1/3/01 (31)      ORDER  reset pretrial conference for 9:30 2/2/01   before
                 Judge William J. Zloch ( Signed by Judge William J. Zloch
                 on 1/3/01) CCAP [EOD Date: 1/9/01] (j1)
                 [Entry date 01/09/01]

1/19/01 (32)     AGREED MOTION by Sun Life of Canada, Sun Life Assurance,
                 Sun Life Distributor, Sun Life Reinsurance to extend time
                 for compliance with the Court's Pretrial Order (1h)
                 [Entry date 01/22/01]

1/23/01 (33)     CONSENT to Trial by Magistrate by Bruce Roxby, Sun Life of
                 Canada, Sun Life Assurance, Sun Life Distributor, Sun Life
                 Reinsurance (1h) [Entry date 01/24/01]

1/23/01 (33)     ORDER OF REFERENCE FOR TRIAL to  to Magistrate Barry S.
                 Seltzer  ( Signed by Judge William J. Zloch  on 1/23/01)
                 CCAP [EOD Date: 1/24/01] (1h) [Entry date 01/24/01]

1/24/01 (34)     ORDER vacating [31-2] order, terminated deadlines
                 mooting [32-1] motion to extend time for compliance with
                 the Court's Pretrial Order ( Signed by Magistrate Barry S.
                 Seltzer on 1/24/01) CCAP [EOD Date: 1/25/01] (1h)
                 [Entry date 01/25/01]

2/26/01 (35)     ORDER granting [18-1] motion for summary judgment ( Signed
                 by Magistrate Barry S. Seltzer on 2/26/01) CCAP [EOD Date:
                 2/27/01] (1h) [Entry date 02/27/01]

2/26/01 (36)     FINAL JUDGMENT ( Signed by Magistrate Barry S. Seltzer on
                 2/26/01) CCAP [EOD Date: 2/27/01] (1h) [Entry date 02/27/01]

2/26/01  --      CASE CLOSED. (1h) [Entry date 02/27/01]

3/28/01 (37)     NOTICE OF APPEAL by Bruce Roxby of [36-1] judgment order .
                 EOD Date: 2/27/01;  Filing Fee: $ 105.00; Receipt #: 521942;
                   Copies to USCA and Counsel of Record. (gf)
                 [Entry date 03/29/01]

| | | |
|---|---|---|
| 3/29/01 | -- | Certified copies of Notice of Appeal, Docket, and Order under appeal to USCA: [37-1] appeal  by Bruce Roxby  as to Bruce Roxby (gf) |
| 4/6/01 | -- | NOTICE of Receipt of Transmittal Letter from USCA as to Bruce Roxby  Re: [37-1] appeal  by Bruce Roxby    USCA NUMBER: 01-11728-D (dl)  [Entry date 04/11/01] |
| 4/10/01 | (38) | TRANSCRIPT INFORMATION FORM by Bruce Roxby  re: [37-1] appeal  by Bruce Roxby received. (Forwarded to Court Reporter Coordinater) (gf) |
| 9/10/01 | (39) | Certificate of readiness as to Bruce Roxby transmitted to USCA Re: [37-1] appeal  by Bruce Roxby    USCA NUMBER: 01-11728-D (dl)   End. Vol. 1 |